# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00109-CV

**The Electric Reliability Council of Texas, Inc., Appellant**

**v.**

**Met Center Partners-4, Ltd., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
## NO. GN300722, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The Electric Reliability Council of Texas, Inc. and Appellee Met Center Partners-4, Ltd. no longer wish to pursue this appeal and have filed a joint unopposed motion to dismiss.  We grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Joint Motion

Filed:  December 16, 2005